No. 96, Misc. KIMBALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 208, Misc. STAUFFER *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 220, Misc. COUCHOIS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 224, Misc. HOLT *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 229, Misc. HARDING *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 230, Misc. WASHBURN *v.* UTECHT, WARDEN. Supreme Court of Minnesota. Certiorari denied.

No. 231, Misc. TIMMONS *v.* FAGAN. Supreme Court of South Carolina. Certiorari denied. 

No. 232, Misc. IN RE WALKER. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 19. GARA *v.* UNITED STATES, *ante,* p. 857. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 165. DEAUVILLE ASSOCIATES, INC. *v.* MURRELL ET AL., RECEIVERS, *ante,* p. 821. Motion for leave to file petition for rehearing denied.